**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6153**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

GERMELL ALLMOND,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Robert G. Doumar, Senior District Judge. (4:06-cr-00024-WDK-FBS-1)

_____

Submitted: March 15, 2012        Decided: March 20, 2012

_____

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Germell Allmond, Appellant Pro Se. Howard Jacob Zlotnick, Assistant United States Attorney, Newport News, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Germell Allmond appeals the district court's partial grant of his motion to reduce his sentence pursuant to the Fair Sentencing Act of 2010, Pub. L. No. 111-220 (the "FSA"). Although Allmond complains that the district court adjusted the sentence only on his crack cocaine offense and did not adjust Allmond's sentences on his other convictions, the FSA applies only to crack cocaine convictions. It does not give a district court authority to reduce the sentences imposed upon any of the other offenses of which Allmond was convicted. Accordingly, we affirm the judgment of the district court.

<u>AFFIRMED</u>